UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  16-14040-CR-MARRA/LYNCH

UNITED STATES OF AMERICA,

     Plaintiff,

  vs.

SHAHAB SHAUKAT,

     Defendant.

_____/

**ORDER AFFIRMING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

**THIS CAUSE** came before the court upon the Report and Recommendation on Change of Plea issued by United States Magistrate Judge Frank J. Lynch, Jr. [DE 40].

The court has considered the Report and Recommendation, the pertinent parts of the record and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is **ADOPTED AND AFFIRMED**.  The Defendant is hereby adjudicated guilty.

**DONE and ORDERED** in West Palm Beach, this 9th day of February, 2017.

**KENNETH A. MARRA**
**UNITED STATES DISTRICT JUDGE**

cc:    All counsel